No. 04-1640. WILLS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLS, DECEASED v. AMERADA HESS CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 04-1641. STAINLESS SYSTEMS INC. v. NEXTEL WEST CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 04-1642. DOE ET AL. v. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04-1643. LAPIDES v. BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 04-1644. SAVIN ENGINEERS, P. C., ET AL. v. SAVIN CORP. C. A. 2d Cir. Certiorari denied.

No. 04-1645. SIMMONS v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 04-1646. PMI PHOTOMAGIC, LTD. v. FOTO FANTASY, INC., DBA FANTASY ENTERTAINMENT, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 04-1647. HARBERT v. HEALTHCARE SERVICES GROUP, INC. C. A. 10th Cir. Certiorari denied.

No. 04-1648. SHEN MANUFACTURING CO., INC. v. RITZ HOTEL LTD. C. A. Fed. Cir. Certiorari denied.

No. 04-1649. SORO v. CITICORP. C. A. 11th Cir. Certiorari denied.

No. 04-1650. SOUTH CAROLINA ET AL. v. HOLLIDAY AMUSEMENT COMPANY OF CHARLESTON, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 04-1651. OSAHAR v. UNITED STATES POSTAL SERVICE. C. A. 11th Cir. Certiorari denied.